IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORLANDO LOPEZ,

    Petitioner,

v.

WILLIAM MUNIZ,

    Respondent.

No. C 17-03390 WHA

**ORDER GRANTING IN PART RESPONDENT'S APPLICATION FOR EXTENSION OF TIME**

On February 5, respondent William Muniz requested a 60-day extension of time in which to file a response to the order to show cause (Dkt. No. 8). Despite the fact that petitioner Orlando Lopez is represented by counsel, respondent's application states that petitioner is representing himself, and for that reason he did not attempt to contact petitioner in connection with this request. Petitioner, however, has not filed an objection to the requested extension.

Good cause appearing, respondent shall have until **MARCH 29, 2018** to respond to the order to show cause. If respondent files an answer, petitioner may file a traverse within **THIRTY DAYS** of the date respondent's answer is filed. If respondent files a motion to dismiss, petitioner shall file an opposition (or statement of non-opposition) within **THIRTY DAYS** of the date the motion is filed, and respondent shall file a reply within **FIFTEEN DAYS** of any opposition.

**IT IS SO ORDERED.**

Dated: February 9, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE