IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO LOPEZ,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM MUNIZ,<br><br>    Respondent.<br>                                      / | No. C 17-03390 WHA<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** |

      Petitioner Orlando Lopez has filed a motion for appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." Appointment of counsel is appropriate in this case. Petitioner is indigent and was represented by appointed counsel in his state criminal court proceedings. The federal petition and supporting documents were prepared by attorneys Dylan Schaffer and Matthew Dirkes on a *pro bono* basis, and the claims and issues in the federal petition are complex and potentially meritorious. Good cause appearing, petitioner's motion to appoint counsel is **GRANTED**. Pursuant to Section 3006A(a)(2)(B), Dylan Schaffer of the law firm Kerley Schaffer LLP, 1939 Harrison Street, Suite 500, Oakland, CA 94612, and Matthew Dirkes of the law firm Boersch Shapiro, LLP, 1611 Telegraph Avenue, Oakland, CA 94612, are hereby **APPOINTED** to represent petitioner in all future proceedings in this matter, including preparation and filing of a

traverse, and representation of petitioner at an evidentiary hearing, if one is deemed necessary at a later date.

**IT IS SO ORDERED.**

Dated: July 5, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE