IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORLANDO LOPEZ,

    Petitioner,

v.

WILLIAM MUNIZ, Warden
of Salinas Valley State Prison,

    Respondent.

No. C 17-03390 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying the petition for habeas relief, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent William Muniz and against petitioner Orlando Lopez. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 9, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE