IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORLANDO LOPEZ,

    Petitioner,

v.

WILLIAM MUNIZ, Warden of Salinas Valley State Prison,

    Respondent.

No. C 17-03390 WHA

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

On August 9, petitioner's habeas petition was denied. Petitioner filed a notice of appeal on August 13. On August 26, the United States Court of Appeals for the Ninth Circuit remanded to the district court for the limited purpose of granting or denying a certificate of appealability (Dkt. Nos. 35, 37, 39). A certificate of appealability will not issue because reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: September 4, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE